UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS L. DOWNING,<br><br>                              Plaintiff,<br>v.<br>CHARLES DANIELS, et al.,<br><br>                              Defendants. | Case No. 2:22-cv-01317-APG-DJA<br><br>**ORDER** |

Plaintiff Curtis L. Downing, who is incarcerated in the custody of the Nevada Department of Corrections (NDOC), initiated this case with a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis. ECF Nos 1, 1-1. Downing has now filed a motion for voluntary dismissal. ECF No. 3.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). This case has been at a prescreening stage, and the complaint has not yet been served on the defendants. Because no responsive pleading has been filed, I grant Downing's motion to voluntarily dismiss this action.

I therefore order that the motion for voluntary dismissal **(ECF No. 3) is granted**. This action is dismissed without prejudice.

I further order that Downing's application to proceed *in forma pauperis* **(ECF No. 1) is denied as moot.**

I further order the Clerk of the Court to close this case.

Dated: March 20, 2023

_____
U.S. District Judge